No. 73–6214. WHITE v. UNITED STATES. Motion for leave to file petition for writ of mandamus denied.

No. 72–5866. BEEBE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–826. KING v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–927. WHITE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–936. HON KEUNG KUNG v. DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 8th Cir. Certiorari denied.

No. 73–958. UNIVERSAL UNDERWRITERS INSURANCE Co. v. GRIFFIN. Sup. Ct. La. Certiorari denied.

No. 73–965. MORAN SHIPPING Co. ET AL. v. BLANCO. C. A. 5th Cir. Certiorari denied.

No. 73–1026. ILLINOIS v. NUNN. Sup. Ct. Ill. Certiorari denied.

No. 73–1035. PITCHER ET VIR v. IBERIA PARISH SCHOOL BOARD. Ct. App. La., 3d Cir. Certiorari denied.

No. 73–1100. BURDEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–1101. SHEET METAL WORKERS' INTERNATIONAL ASSN., LOCAL No. 17, AFL–CIO v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 1st Cir. Certiorari denied.